# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00200-CV

**In re Abimael Pavon Iturbide and Cristina Denbina**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We previously granted relator's emergency motion for temporary relief and stayed portions of the trial court's March 23, 2023, order relating to sanctions. The temporary stay is lifted, and the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: August 29, 2024